FILED
August 09, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
Deputy

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | Case No: EP:23-CR-01545-KC |
| Plaintiff, | § § | **I N D I C T M E N T** |
| v. | § § | **CT 1:** 8 U.S.C. § 1326(a) – Illegal Re-Entry |
| OSMER MEJIAS-RUIZ, | § § § | |
| Defendant. | § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(8 U.S.C. § 1326(a))

On or about July 24, 2023, in the Western District of Texas, Defendant,

**OSMER MEJIAS-RUIZ,**

an alien, who had previously been excluded, deported, and removed from the United States, attempted to enter, entered, and was found in the United States, without having previously received express consent to reapply for admission from the United States Attorney General and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4) and 557, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney