Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

### WESTERN DISTRICT OF TEXAS



## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Osmer Jose de Jesus Mejias-Ruiz aka Osmer Mejias-Ruiz

**Case Number:** EP:23-CR-01545-KC(1)

**Name of Sentencing Judicial Officer:** Kathleen Cardone, U.S. District Judge

**Date of Original Sentence:** September 11, 2023

**Original Offense:** Illegal Re-Entry, in violation of 8 U.S.C. 1326(a)

**Original Sentence:** Time served (50 days) followed by one (1) year non-reporting supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** September 11, 2023

**Assistant U.S. Attorney:** Shannon Reiter Holderfield          **Defense Attorney:** Pedro J. Martin

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** As a condition of supervised release, immediately upon release from confinement, you shall be surrendered to a duly authorized immigration official for deportation proceedings in accordance with the established procedures provided by the Immigration and Nationality Act, 8 U.S.C. § 1101, et seq. If ordered deported, you shall remain outside of the United States. In the event, you are not deported, or for any reason re-enter the country after having been deported, you shall comply with all conditions of supervised release, to include reporting to the nearest United States Probation Office within 72 hours of release by immigration officials or re-entry into the United States.

> **Nature of Noncompliance:** Records check revealed that Mejias-Ruiz was released from Immigration and Customs Enforcement (ICE) custody on October 12, 2023, pending immigration removal proceedings. ICE was contacted and reported that Mejias-Ruiz had been released to a sponsor in Manhattan, New York pending said immigration removal proceedings and provided Mejias-Ruiz's last known address and phone number. Efforts to contact Mejias-Ruiz via mail, phone calls, voicemail, and text messages were all exhausted and unsuccessful. Mejias-Ruiz's whereabouts remain unknown. As of this writing, Mejias-Ruiz has not reported to the U.S. Probation Office in El Paso, Texas, nor he has made any efforts to report to the nearest probation office within 72 hours of his release.

Osmer Jose de Jesus Mejias-Ruiz aka Osmer Mejias-Ruiz
Docket No. EP:23-CR-01545-KC(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

It should be noted that ICE subsequently reinstated the final order of removal for Mejias-Ruiz and a warrant of removal was issued and remains pending.

**Violation Number 2:** You must not commit another federal, state, or local crime.

**Nature of Noncompliance:** A records check revealed that on March 11, 2024, Mejias-Ruiz was arrested by the Oak Lawn, Illinois Police Department, for the offense of Possession of Cannabis in a Motor Vehicle Driver Container, a Class A Misdemeanor, in violation of Illinois Penal Code 625 ILCS 5/11-502.15-B IL. The disposition of the case remains pending.

**U.S. Probation Officer Recommendation:**

The term of supervision should be

[X] revoked.

[ ] extended for _____ years, for a total term of _____ years.

[ ] modified as follows:

Respectfully submitted,

Arcelia Menchaca
Senior U.S. Probation Officer
Office (915) 585-5584
Cellular (915) 861-8468
Date: August 5, 2024

Approved by,

Magdalena Iturbe
Supervising U.S. Probation Officer
Office (915) 585-6586
Cellular (915) 861-8892

---

## THE COURT ORDERS:

[ ] No action.

[X] The issuance of a warrant.

[ ] The issuance of a summons.

[ ] Other

Kathleen Cardone, U.S. District Judge

August 6, 2024
Date