AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**OSMER JOSE DE JESUS MEJIAS-RUIZ**

**WARRANT FOR ARREST**

CASE NUMBER: EP-23-CR-1545KC(1)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Osmer Jose De Jesus Mejias-Ruiz__
                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

__Philip J. Devlin__
Name of Issuing Officer

__[signature]__
Signature of Issuing Officer

__Clerk, U.S. District Court__
Title of Issuing Officer

__August 7, 2024__        __El Paso, TX__
Date and Location

Bail fixed at $ __NO BOND__

by __Kathleen Cardone, U.S. District Judge__
       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |