CLOSED,INTERPRETER,Restraint_None

# United States District Court
## District of Nevada (Las Vegas)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-00880-BNW All Defendants

| | |
|---|---|
| Case title: USA v. Mejias-Ruiz | Date Filed: 10/25/2024 |
| Other court case number: EP-23-CR-1545KC(1) Western District of Texas | Date Terminated: 11/15/2024 |

Assigned to: Magistrate Judge Brenda Weksler

### Defendant (1)

**Osmer Mejias-Ruiz**
*TERMINATED: 11/15/2024*

represented by **Heidi A Ojeda**
Federal Public Defender
411 E. Bonneville Avenue
Las Vegas, Nv 89101
702-388-6577
Fax: 702-388-6261
Email: heidi_ojeda@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin H Novillo**
Federal Public Defender
411 E Bonneville
Suite 250
Las Vegas, NV 89101-
702-388-6577
Fax: 702-388-6261
Email: martin_novillo@fd.org
*TERMINATED: 11/01/2024*
*Designation: FPD*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| | |
|---|---|
| USA | represented by **Afroza Yeasmin**<br>DOJ-USAO<br>501 Las Vegas Blvd<br>Las Vegas, NV 89101<br>702-388-6237<br>Email: afroza.yeasmin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: USA* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2024 | | Case assigned to Magistrate Judge Brenda Weksler. (ANS) (Entered: 10/25/2024) |
| 10/25/2024 | 3 | ORDER APPOINTING COUNSEL as to Osmer Mejias-Ruiz. FPD appointed as counsel for Defendant. Subpoenas issued upon request, with exception to out-of-state subpoenas which will require court approval. Signed by Magistrate Judge Brenda Weksler on 10/25/2024. (Copies have been distributed pursuant to the NEF - GA) (Entered: 10/28/2024) |
| 10/25/2024 | 4 | WAIVER of Rule 5 & 5.1 Hearings by Osmer Mejias-Ruiz. (GA) (Entered: 10/28/2024) |
| 10/25/2024 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Osmer Mejias-Ruiz. Defendant committed to Western District of Texas. Signed by Magistrate Judge Brenda Weksler on 10/25/2024. (Copies have been distributed pursuant to the NEF - AMMi) (Entered: 10/28/2024) |
| 10/25/2024 | 6 | MINUTES OF PROCEEDINGS - Initial Appearance in Rule 5(c)(3) Proceeding as to Osmer Mejias-Ruiz held on 10/25/2024 before Magistrate Judge Brenda Weksler. Crtrm Administrator: *Jeff Miller*; AUSA: *Afroza Yeasmin*; Def Counsel: *Martin Novillo, AFPD*; USPO: *Javier Murauto*; Court Reporter/Recorder: *Liberty/CRD*; Recording start and end times: *3:15:38 - 3:20:23*; Interpreter: *Carola Anderson*; Language: *Spanish*; Courtroom: *3B*; Defendant is present in custody and in no restraints during court proceeding. Financial Affidavit filed. The Federal Public Defenders Office is appointed as defense counsel. Waiver of Identity Hearing, Preliminary Hearing, and Detention Hearing filed. ORDERED defendant identified as named defendant in indictment/complaint and is held to answer in the Western District of Texas. As Defendant has waived his right to a Detention Hearing in this District, Defendant shall remain detained and is remanded to custody to be transported to the Western District of Texas for all further proceedings. Defendant is remanded to custody. Separate Commitment Order shall issue. **(no image attached)** (Copies have been distributed pursuant to the NEF - JAM) (Entered: 10/28/2024) |
| 11/01/2024 | 7 | NOTICE OF ATTORNEY APPEARANCE: Heidi A Ojeda appearing for Osmer Mejias-Ruiz (Ojeda, Heidi) (Entered: 11/01/2024) |

| 11/15/2024 | 8 | TRANSMITTAL to Western District of Texas.<br>Your case number: EP-23-CR-1545KC(1).<br>Our case number: 2:24-mj-00880-BNW-1.<br>Please be advised that Defendant Osmer Mejias-Ruiz was arrested in the District of Nevada, Las Vegas on a warrant issued by the Western District of Texas and appeared before United States Magistrate Judge Brenda Weksler on 10/25/24.<br>The Defendant was ordered detained and remanded to the custody of the United States Marshal for transport.<br>All documents completed in this district may be accessed via PACER and our website at https://ecf.nvd.uscourts.gov.<br>(RJDG) (Entered: 11/15/2024) |

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 25 2024

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSMER MEJIA-RUIZ,

    Defendant.

CASE NO.: 2:24-MJ-0880-BNW

**ORDER APPOINTING COUNSEL**

    The individual named below, having testified under oath or having otherwise satisfied this Court that he: (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the individual is indigent, therefore,

    **IT IS ORDERED** that the Federal Public Defender for the District of Nevada is hereby appointed to represent OSMER MEJIA-RUIZ.

    **IT IS FURTHER ORDERED** that the Clerk issue subpoenas upon oral request and submission of prepared subpoenas by the attorneys of the Office of the Federal Public Defender, unless said subpoenas are to be served outside the State of Nevada. The cost of process, fees and expenses of witnesses so subpoenaed shall be paid as witness(es) and the United States Marshal shall provide such witness(es) subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. Any subpoenas served on behalf of the individual, the return thereon to this Court shall be sealed, unless otherwise ordered.

**IT IS FURTHER ORDERED** that if counsel for the individual desires subpoenas to be served outside the State of Nevada, further application pursuant to Federal Rules of Criminal Procedure 17(b) shall be made to the Court, before the issuance of said subpoenas.

DATED: October 25, 2024.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

Federal Public Defender's Office appearance by: MARTIN NOVILLO

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 25 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

2:24-mj-0880-BNW

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
| v. | ) |
| Megias-Ruiz | ) Case No. 23-CR-01545 |
| _____ | ) |
| Defendant | ) Charging District's Case No. _____ |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/25/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America <br> v. <br><br> OSMER JOSE DE JESUS MEJIAS-RUIZ <br> *Defendant* | ) <br> ) <br> ) Case No.   2:24-mj-0880-BNW <br> ) <br> ) Charging District's <br> ) Case No.   EP-23-CR-1545KC(1) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the ___Western___ District of ___Texas___,
*(if applicable)* _____ division. The defendant may need an interpreter for this language: _____.

The defendant:   ☐ will retain an attorney.
              ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   10/25/2024

*Judge's signature*

Brenda Weksler, U.S. Magistrate Judge
*Printed name and title*

1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   HEIDI A. OJEDA
3  Assistant Federal Public Defender
   Nevada State Bar No. 12223
4  411 E. Bonneville, Ste. 250
   Las Vegas, Nevada 89101
5  (702) 388-6577/Phone
   (702) 388-6261/Fax
6  Heidi_Ojeda@fd.org

7  Attorney for Osmer Mejias-Ruiz

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00880-BNW |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| OSMER MEJIAS-RUIZ, | |
| Defendant. | |

Pursuant to the Court's order, notice is hereby given that Assistant Federal Public Defender Heidi A. Ojeda will serve as counsel for the above captioned defendant.

Counsel's address is as follows:

> Federal Public Defender
> 411 E. Bonneville Ave., Suite 250
> Las Vegas, Nevada 89101

DATED this 1st day of November, 2024.

RENE L. VALLADARES
Federal Public Defender

By: */s/ Heidi A. Ojeda*
HEIDI A. OJEDA
Assistant Federal Public Defender
Attorney for Osmer Mejias-Ruiz

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on November 1, 2024, he served an electronic copy of the above and foregoing **NOTICE OF APPEARANCE** by electronic service (ECF) to the person named below:

JASON M. FRIERSON
United States Attorney
AFROZA YEASMIN
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

/s/ Jeremy Kip
Employee of the Federal Public Defender

2