AO 442 (Rev. 12/85) Warrant for Arrest

FILED
2024 DEC 4 PM 1:51
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY


Received AUG 08 2024 USMS W/TX El Paso

# United States District Court

### WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**WARRANT FOR ARREST**

**OSMER JOSE DE JESUS MEJIAS-RUIZ**   CASE NUMBER: EP-23-CR-1545KC(1)

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Osmer Jose De Jesus Mejias-Ruiz** _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [X] TSR Violation Petition
charging him/her with

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title __18__ United States Code, Section(s) __3583__

Philip J. Devlin
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

August 7, 2024                El Paso, TX
Date and Location

Bail fixed at $ NO BOND

by  Kathleen Cardone, U.S. District Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Executed by USMS On Las Vegas, In 10-24-24 | |