# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § § | Cause No. EP:23-CR-01545-KC(1) |
| OSMER JOSE DE JESUS MEJIAS-RUIZ aka Osmer Mejias-Ruiz § § | |

## ORDER REVOKING SUPERVISED RELEASE

On January 7, 2025, came to be considered the petition for revocation of supervised release in the above styled and numbered cause. The Defendant appeared in person by and through his counsel of record and the Government appeared by and through its Assistant United States Attorney. After hearing the evidence, the Court found that the defendant, **OSMER JOSE DE JESUS MEJIAS-RUIZ aka Osmer Mejias-Ruiz**, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on September 12, 2023, in that he committed another state or local crime according to the Docket. No. 24TR50008784 in the Fifth Municipal Court of Bridgeview, Illinois in violation of a standard condition of his conditions of supervised release. The Court further found that continuing defendant on supervised release would no longer serve the ends of justice, and that the petition for revocation of supervised release should be granted. It is therefore **ORDERED** that the petition for revocation of supervised release filed herein on November 20, 2024, be, and it is hereby, **GRANTED**.

It is further **ORDERED** that the supervised release of defendant **OSMER JOSE DE JESUS MEJIAS-RUIZ aka Osmer Mejias-Ruiz** be, and it is hereby, **REVOKED**.

It is further **ORDERED** that the defendant is hereby, committed to the custody of the Bureau of Prisons for a period of three (3) months.

It is further **ORDERED** that upon release from custody, the defendant shall be on supervised release for a term of one (1) year. While on supervised release, the defendant shall comply with the mandatory, standard, special, and additional conditions that have been adopted by this Court and ordered in the original judgment dated September 12, 2023.

SIGNED this 8th day of January, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE